# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

EAGLES NEST DEVELOPMENT CO., INC. and HELICOPTER
STRUCTURAL & MAINTENANCE, INC.,

Appellants,

v.

INTERSTATE FIRE & CASUALTY COMPANY; CERTAIN UNDERWRITERS
AT LLOYD'S LONDON; EAGLES NEST CONDOMINIUM HANGAR
ASSOCIATION, INC.; SAENGCHUTO ENTERPRISES LLC; ROBERT C.
CEVASCO; THOMAS DONALDSON REIK; JR.; and VINCENT G. PROBST,
JR.,

Appellees.

No. 2D2025-1617

_____

May 1, 2026

Appeal from the Circuit Court for Pasco County; Alicia Polk, Judge.

Marion Hale and Sharon E. Krick of Johnson, Pope, Bokor, Ruppel &
Burns, LLP, Clearwater, for Appellants.

Robert E. Jones of The Jones Law Firm, P.C., Jacksonville, for Appellees
Interstate Fire & Casualty Company and Certain Underwriters at Lloyd's
London.

No appearance for remaining Appellees.

PER CURIAM.

Affirmed.

SLEET, ATKINSON, and GUARD, JJ., Concur.

_____

Opinion subject to revision prior to official publication.